IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cachola, Nonette Ravelo | Case Number: 04 B 18406 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/19/07 | Filed: 5/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 10, 2007
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,435.12 |  |
| Secured: |  | 405.82 |
| Unsecured: |  | 5,414.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 479.46 |
| Other Funds: |  | 1,435.12 |
| Totals: | 10,435.12 | 10,435.12 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 4. | Kay Jewelers | Secured | 151.81 | 0.00 |
| 5. | Harlem Furniture | Secured | 405.82 | 405.82 |
| 6. | B-First | Unsecured | 385.46 | 662.57 |
| 7. | Resurgent Capital Services | Unsecured | 116.17 | 199.66 |
| 8. | RoundUp Funding LLC | Unsecured | 170.11 | 292.41 |
| 9. | Discover Financial Services | Unsecured | 518.30 | 890.94 |
| 10. | ECast Settlement Corp | Unsecured | 92.28 | 158.56 |
| 11. | Resurgent Capital Services | Unsecured | 56.14 | 96.50 |
| 12. | ECast Settlement Corp | Unsecured | 227.14 | 390.44 |
| 13. | ECast Settlement Corp | Unsecured | 529.37 | 909.79 |
| 14. | CitiFinancial | Unsecured | 202.96 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 255.16 | 438.61 |
| 16. | Capital One | Unsecured | 333.54 | 573.33 |
| 17. | Capital One | Unsecured | 63.26 | 108.73 |
| 18. | ECast Settlement Corp | Unsecured | 171.07 | 294.07 |
| 19. | Specialized Management Consultants | Unsecured | 143.76 | 247.11 |
| 20. | Resurgent Capital Services | Unsecured | 72.56 | 96.50 |
| 21. | Kohl's/Kohl's Dept Stores | Unsecured | 32.29 | 55.50 |
| 22. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 23. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | Sam's Club | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cachola, Nonette Ravelo | Case Number:  04 B 18406 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  5/11/04 |

$ 6,627.20        $ 8,520.54

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 102.87 |
| 4% | 17.37 |
| 3% | 11.60 |
| 5.5% | 197.40 |
| 5% | 40.08 |
| 4.8% | 71.58 |
| 5.4% | 38.56 |
| | $ 479.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____